UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TY ALPER,

Plaintiff,

v.

DEPARTMENT OF JUSTICE,

Defendant.

Civil Action No. 26-2453 (TSC)

**JOINT STATUS REPORT**

Plaintiff, Ty Alper, and Defendant, the U.S. Department of Justice, through counsel, respectfully submit this joint status report pursuant to the Court's October 6, 2026, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. The Court's Minute Order requires the parties to "updat[e] the court on the status of Plaintiff's FOIA request, including any interagency consultations, and the anticipated date of production."

**DEFENDANT'S STATEMENT**

2. At this time, Defendant reports that it has completed its search for responsive records. There are 272 pages of potentially responsive records that Defendant is processing, and Defendant anticipates that it will release any responsive, non-exempt records, absent those records that need to be consulted to other government agencies, on or before November 30, 2026.

3. Accordingly, the parties have conferred and agree that they submit a Joint Status Report on or before December 7, 2026, at which time the parties will provide an update on Plaintiff's FOIA request.

**PLAINTIFF'S STATEMENT**

4. Plaintiff does not object to Defendant's anticipated production date of November 30, 2026, or to the filing of a further joint status report on or before December 7, 2026. Plaintiff respectfully submits, however, that the report does not address one of the matters the Court directed the parties to address. The Court's October 6, 2026 Minute Order required an update on "any interagency consultations." Defendant reports that it anticipates releasing responsive, non-exempt records on or before November 30, 2026, "absent those records that need to be consulted to other government agencies," but does not state whether any such records have been identified, how many pages are involved, which agencies are concerned, or when consultation requests have been or will be made. The report accordingly provides no anticipated date for any records subject to consultation.

5. Defendant's anticipated date is unchanged from its September 28, 2026 report, which projected release "in approximately 60 days, or by November 30, 2026, absent other government agencies having equities in the records." ECF No. 7 ¶ 2. Four weeks later, the report provides no further information about the existence, scope, or status of any consultations.

6. For the reasons stated in Plaintiff's Status Report, ECF No. 8 ¶ 3, Plaintiff respectfully requests that the Court enter an order (a) directing Defendant to complete processing of, and produce all non-exempt portions of, the responsive records that have not been referred to other agencies for consultation on or before November 30, 2026; and (b) directing that the parties' December 7, 2026 joint status report identify the number of pages, if any, referred to other agencies for consultation, the agencies to which they were referred, the dates of referral, and the anticipated date of production of those records. A proposed order is submitted herewith.

Dated: October 26, 2026 Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ *Fithawi Berhane*_______________
FITHAWI BERHANE
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-6653
fithawi.berhane@usdoj.gov

*Attorneys for the United States of America*

***/s/ David L. Sobel***
DAVID L. SOBEL, D.C. Bar No. 360418
5335 Wisconsin Avenue, N.W., Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*