**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **TY ALPER**, Plaintiff, | ) | |
| v. | ) | Civil Action No. 26-2453 (TSC) |
| **DEPARTMENT OF JUSTICE**, Defendant. | ) | |

**PLAINTIFF'S PROPOSED ORDER**

Upon consideration of the parties' Joint Status Report, it is hereby

**ORDERED** that Defendant shall complete processing of, and produce all non-exempt portions of, the records responsive to Plaintiff's FOIA request that have not been referred to other agencies for consultation, on or before November 30, 2026; and it is further;

**ORDERED** that the parties shall file a joint status report on or before December 7, 2026, which shall identify the number of pages, if any, referred to other agencies for consultation, the agencies to which they were referred, the dates of referral, and the anticipated date of production of those records.

Dated: _______________

_______________________________
TANYA S. CHUTKAN
United States District Judge